No. 1249. LEHRER *v.* NICKOLOPULOS. June 11, 1945. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940),

28 U. S. C. § 350. *Mr. Joseph Steiner* for petitioner. *Mr. Ernest C. Lum* for respondent.